

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Armani Rashad Williams,

\* From the County Court at Law No.2 of Taylor County, Trial Court No. 8264.

No. 11-25-00208-CV

\* December 31, 2025

The State of Texas,

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has considered Armani Rashad Williams's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Armani Rashad Williams.